# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **JOHAN JOSE MORALES VARGAS,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-01794-LS** |
| | § | |
| **JUAN LOPEZ, ICE DIRECTOR; FIELD DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); AND CLERK OF COURT,** | § § § § § | |
| | § | |
| ***Respondents*.** | § | |

**ORDER FOR REPORT ON PETITIONER'S CUSTODY STATUS AND SETTING DEADLINE FOR DISMISSAL PAPERWORK, IF APPROPRIATE**

The Executive Office for Immigration Review's Automated Case Information website reflects that an immigration judge granted Petitioner's application on August 17, 2026. The parties shall advise the Court on or before November 6, 2026, whether Petitioner remains in custody, and if not, shall file dismissal paperwork on or before such date. If Petitioner remains in custody, the Court will set a deadline by which the parties will brief how the August 17th order bears on the subject habeas petition.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 25, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**